ACCEPTED
14-14-00942-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
11/30/2015 3:02:23 PM
CHRISTOPHER PRINE
CLERK

IN THE COURT OF APPEALS FOR THE
FOURTEENTH DISTRICT COURT OF APPEALS
No. 14-14-00942-CV

HOANG

v.

NGUYEN ET AL.

ON APPEAL FROM

THE 215TH DISTRICT COURT

HARRIS COUNTY, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
11/30/2015 3:02:23 PM
CHRISTOPHER A. PRINE
Clerk

TRIAL COURT
CAUSE NO. 2014-59665

MOTION TO EXTEND TIME TO FILE BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

Please extend the time for the appellees to file their brief. The brief, which was due on November 23, 2015, is filed with this brief. Counsel thought he had filed his brief on November 16, 2015, when he sent a copy to the appellant, but apparently he didn't finish the efiling process.

**CERTIFICATE OF SERVICE**

A copy of this motion will be delivered to the appellee via the efiling system.

Thank you,

Mark Bennett
SBN 00792970
Bennett & Bennett
917 Franklin Street, Fourth Floor
Houston, Texas 77002
713.224.1747
mb@ivi3.com